# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Michael L. Taylor; Dilawar Khan; Volena Glover-Hale; Manuel Montoya, on behalf of themselves and other persons similarly situated )<br><br>Plaintiffs )<br><br>v. )<br><br>AutoZone Inc., a Tennessee corporation; AutoZone Inc., a Nevada corporation; AutoZoners LLC, )<br><br>Defendants ) | **JUDGMENT IN A CIVIL CASE**<br><br>CV 10-8125-PCT-FJM |

___  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed January 27, 2012,  judgment is entered in favor of defendants and against plaintiffs. Plaintiffs to take nothing, and complaint and action are dismissed.

BRIAN D. KARTH
District Court Executive/Clerk

January 27, 2012

 s/Tammy Johnson
By: Deputy Clerk

cc: (all counsel)